LIBERTY MUTUAL INSURANCE v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

September 3, 1981.

Petition for certification denied.

LIBERTY MUTUAL INSURANCE v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

September 3, 1981.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. EDDIE COLLIER.

September 3, 1981.

Petition for certification granted.

ROLAND MAREK v. PROFESSIONAL HEALTH SERVICES, INC.

September 3, 1981.

Petition for certification granted.  (See 179 *N.J.Super.* 433)